■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARCUS CARDONA, Appellant. [40 NYS3d 785]—Appeal by the defendant from a judgment of the County Court, Orange County (Freehill, J.), rendered June 19, 2015, convicting him of criminal possession of a weapon in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the County Court abused its discretion in denying his request for youthful offender status is precluded by his appeal waiver, the validity of which the defendant does not contest (*see People v Pacherille*, 25 NY3d 1021, 1024 [2015]).

To the extent the defendant contends that the County Court, in effect, entirely abrogated its responsibility to determine whether the defendant was entitled to youthful offender status (*see id.* at 1023; *People v Rudolph*, 21 NY3d 497 [2013]), such contention is belied by the record, which supports the view that the court based its determination on, inter alia, the gravity of the crime and manner in which it was committed, as well as the contents of the presentence investigation report (*see People v Cruickshank*, 105 AD2d 325, 334 [1985], *affd sub nom. People v Dawn Maria C.*, 67 NY2d 625 [1986]). Chambers, J.P., Dickerson, Duffy and Connolly, JJ., concur.